```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO. 09-23810-CIV-HUCK
                         MAGISTRATE JUDGE P.A. WHITE
```

GBEKE MICHAEL AWALA,           :

    Petitioner,                :

v.                             :   REPORT RECOMMENDING TRANSFER
                                      OF VENUE
IMMIGRATION JUDGE, ET AL       :   28 U.S.C. §2241

    Respondent.                :
_____

      Gbeke Michael Awala, a prisoner confined at the York County Prison in York, Pa, has filed a <u>pro se</u> petition for writ of habeas corpus pursuant to 28 U.S.C. §2241-43, seeking a stay of deportation. He has also titled this pleading a writ of mandamus to seek an order compelling the federal government to pay him one billion dollars in damages.

      The institution where the petitioner is confined is located in York, Pennsylvania.

      The applicable venue provision for a §2241 action is 28 U.S.C. §2241(d), which provides concurrent jurisdiction in the district of confinement and the district of conviction, when a state conviction is attacked as unconstitutional. This petition does not attack the validity of a conviction, and the appropriate venue is therefore the district of confinement. <u>See</u>: <u>Fernandez v. United States</u>, 941

F.2d 1488, 1495 (11th Cir. 1991); <u>Hajduk v. United States</u>, 764 F.2d 795 (11 Cir. 1985); and <u>United States v. Boccadisi</u>, 468 F.Supp. 419 (E.D.N.Y. 1979).

It is therefore recommended that the Clerk be directed to transfer this case to the correct District Court for York, Pennsylvania, pursuant to 28 U.S.C. §1406(a).

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

Dated this 29th day of December, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Gbeke Michael Awala, <u>Pro Se</u>
    No. 133892
    York County Prison
    3400 Concord Rd
    York, Pa. 17402