UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-23810-CIV-HUCK/WHITE

GBEKE MICHAEL AWALA,

    Petitioner,

vs.

IMMIGRATION JUDGE et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

    This matter is before the Court upon Petitioner's Petition for Writ of Habeas Corpus (D.E. #1), filed October 28, 2009. The Honorable Patrick A. White, United States Magistrate Judge, issued a Report on the complaint (D.E. #3), filed December 29, 2009, recommending that this case be transferred to a different venue.

    Petitioner has not objected to the Report so he is not challenging the factual findings contained in it. The Court has independently reviewed the Report, and the record. Being otherwise duly advised, the Court adopts the findings of fact and conclusions as in the Report. Accordingly, it is hereby

    ORDERED AND ADJUDGED that the Report is adopted and the Clerk shall transfer this case to the District Court for York, Pennsylvania.

    DONE AND ORDERED in Chambers, Miami, Florida, January 27, 2010.

_____
PAUL C. HUCK
United States District Judge

**Copies Furnished To:**
Magistrate Judge Patrick A. White
All Counsel of Record